# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 14, 2021

*By the Court:*

| No. 20-3151 | ROBERTO MATA, <br>               Petitioner - Appellant <br><br> v. <br><br> CHRISTINE BRANNON, Warden, <br>               Respondent - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-01376 <br> Northern District of Illinois, Eastern Division <br> District Judge Andrea R. Wood ||

Upon consideration of the **PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS OPENING BRIEF**, filed on December 13, 2021, by counsel for Appellant Roberto Mata,

**IT IS ORDERED** that the motion is **GRANTED**, and briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by January 26, 2022.

2. The brief of the appellee is due by February 25, 2022.

3. The reply brief of the appellant, if any, is due by March 18, 2022.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)