# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 11, 2022

*By the Court:*

|  | ROBERTO MATA, |
|---|---|
|  | Petitioner - Appellant |
| No. 20-3151 | v. |
|  | CHRISTINE BRANNON, Warden, |
|  | Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:12-cv-01376 ||
| Northern District of Illinois, Eastern Division ||
| District Judge Andrea R. Wood ||

Upon consideration of the **MOTION TO EXTEND TIME,** filed on January 10, 2022, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by February 25, 2022.

2. The brief of the appellee is due by March 28, 2022.

3. The reply brief of the appellant, if any, is due by April 18, 2022.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)