

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date 2/25/2022

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

U.S.C.A. — 7th Circuit
R E C E I V E D

FEB 25 2022 LEJ

Re: Mata v. Brannon

USDC Case Number: 12cv1376

USCA Case Number: 20-3151

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following documents:

ELECTRONIC VOLUME(S) OF PLEADING(S):   Dckt. No. 86. Exhibit 7 (VHS TAPE).

ELECTRONIC VOLUME(S) OF TRANSCRIPT(S):

ELECTRONIC VOLUME(S) OF DEPOSITION(S):

EXHIBITS: 1

VAULT ITEMS:

OTHER (SPECIFY): Record on Appeal date 11/3/20

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ G. Young
    Deputy Clerk

Rev. 09/23/2016