# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 19, 2022

*By the Court:*

| | |
|---|---|
| No. 20-3151 | ROBERTO MATA,<br>                         Petitioner - Appellant<br><br>v.<br><br>CHRISTINE BRANNON, Warden,<br>                         Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:12-cv-01376<br>Northern District of Illinois, Eastern Division<br>District Judge Andrea R. Wood | |

The following is before the court: **STIPULATION**, filed on April 15, 2022, by counsel for the parties.

To the extent that the parties seek to designate items to be included in the record on appeal, the court will take no action on the filing because it is unnecessary. The district court no longer transmits the record on appeal. Because the record is electronic, it is available for this court's use without the need for transmission of a physical record. The parties are reminded that, pursuant to Circuit Rule 10(a)(3), they must ensure that all electronic and non-electronic documents necessary for review on appeal are part of the district court record. If the parties would like to correct or supplement the record on appeal, they should make that request in the district court. Circuit Rule 10(b).

form name: **c7_Order_BTC**     (form ID: **178**)